UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                                          CASE NO.

**IDELL BATISTE**                                                                    **10-10801**
                                                                                                    SECTION A
DEBTOR                                                                                  CHAPTER 13

## REASONS FOR DECISION

On May 25, 2010, the confirmation of Idell Batiste's ("Debtor") chapter 13 plan[1] ("Plan") came before the Court. Appearances were made by Kirk Myers, counsel for Debtor, and Robert Tillery, counsel for Advantage Financial Services of Covington, LLC ("Advantage"). Advantage objects[2] to Debtor's Plan because it provides for a lower interest rate than agreed to in the promissory note. Upon the conclusion of the hearing, the Court took the matter under advisement.

Advantage holds a properly recorded mortgage secured by Debtor's real property and mobile home. The mobile home is immobilized according to an Act of Immobilization recorded in St. Tammany Parish[3] and is, therefore, now legally an immovable.[4] It is also Debtor's principal residence. A chapter 13 plan may not modify the rights of a claimant holding a mortgage on a debtor's principal residence.[5] Because Debtor's home is the principal residence and is legally an immovable, not a vehicle, the loan in favor of Advantage is not subject to modification.[6]

---

[1] Pl. 2.

[2] Pl. 17 and 19.

[3] Exhibit to pl. 13.

[4] La. R.S. § 9:1149.4.

[5] 11 U.S.C. § 1322(b)(2).

[6] *See, Till v. SCS Credit Corp.*, 541 U.S. 465, 475, 124 S.Ct. 1951, 1959 (2004).

Accordingly, Advantage's Objection to Confirmation is sustained, and confirmation of Debtor's Plan is denied. A separate Order will be entered in accordance with these Reasons.

New Orleans, Louisiana, May 25, 2010.

                                                        Hon. Elizabeth W. Magner
                                                        U.S. Bankruptcy Judge